AO 245D (CASD Rev. 1/19) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| DAVID GERARDO GARCIA-SOLORZANO (1) | (For Offenses Committed On or After November 1, 1987) |
| | Case Number: 3:18-CR-04325-BAS |
| | DAVID R. SILLDORF |
| | Defendant's Attorney |

**REGISTRATION NO.** 42464-298

THE DEFENDANT:

☒ admitted guilt to violation of allegation(s) No.   1, 2, 3, 5, 7 AND 8

☐ was found guilty in violation of allegation(s) No. _____ after denial of guilty.

**Accordingly**, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1, 2, 3 | NV3, UNLAWFUL USE OF A CONTROLLED SUBSTANCE OR FAILURE TO TEST; VCCA (VIOLENT CRIME CONTROL ACT) |
| 5 | NV21, FAILURE TO PARTICIPATE IN DRUG AFTERCARE PROGRAM |
| 7 | NV7, FAILURE TO REPORT AS DIRECTED |
| 8 | NV1, COMMITTED A FEDERAL, STATE OR LOCAL OFFENSE |

Supervised Release is revoked and the defendant is sentenced as provided in page 2 through **2** of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

　　　IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

JANUARY 31, 2025
Date of Imposition of Sentence

*/s/ Cynthia Bashant*
HON. CYNTHIA BASHANT
UNITED STATES DISTRICT JUDGE

AO 245D (CASD Rev. 01/19) Judgment in a Criminal Case for Revocations

| | | |
|---|---|---|
| DEFENDANT: | DAVID GERARDO GARCIA-SOLORZANO (1) | Judgment - Page **2** of **2** |
| CASE NUMBER: | 3:18-CR-04325-BAS | |

# **IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
SIX (6) MONTHS WITH THREE (3) MONTHS TO RUN CONSECUTIVE AND THREE (3) MONTHS TO RUN CONCURRENT TO ANY TERM IMPOSED IN CASE 24CR1907-JAH

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ A.M. on _____
  
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ on or before
  
  ☐ as notified by the United States Marshal.
  
  ☐ as notified by the Probation or Pretrial Services Office.

## **RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL

3:18-CR-04325-BAS